UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Stephen Neff

　　v.                                                                                      Case No. 21-cv-310-JL

Mediation Processing Services, LLC

ORDER

　　No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 27, 2021 . "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Joseph N. Laplante
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: October 14, 2021

cc:　　Carolina Keri Tuminelli, Esq.